AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

**APPEARANCE**

Case Number: 07-983 (Criminal)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PEDRO LUIS RODRIGUEZ
a/k/a "Jose Rodriguez"
a/k/a "Ramon"
a/k/a "Flaco"

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/26/2007 | *[signature]* |
| Date | Signature |
| | David E. Singer    DS9736 |
| | Print Name    Bar Number |
| | 860 Grand Concourse Suite 1-E |
| | Address |
| | Bronx    New York    10451 |
| | City    State    Zip Code |
| | (718) 742-0444    (718) 732-0049 |
| | Phone Number    Fax Number |