# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

UNITED STATES OF AMERICA

v.

PEDRO LUIS RODRIGUEZ

**APPEARANCE**

Case Number: 07 MJ 983

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PEDRO LUIS RODRIGUEZ

I certify that I am admitted to practice in this court.

August 16, 2007
Date

*(signature)*
Signature

DAVID J. GOLDSTEIN
Print Name                    Bar Number

888 Grand Concourse
Address

Bronx          New York          10451
City           State             Zip Code

(718) 665-9000          (718) 665-9147
Phone Number            Fax Number